**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1527**

CHRISTINA MARQUEZ,

                Plaintiff - Appellant,

      v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

                Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Bruce H. Hendricks, District Judge. (2:14-cv-02139-BHH)

Submitted: November 30, 2016      Decided: December 12, 2016

Before KING and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christina Marquez, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina Marquez appeals the district court's orders accepting the recommendation of the magistrate judge to uphold the Commissioner's denial of Marquez's applications for disability insurance benefits and supplemental security income and denying her motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Marquez v. Comm'r of Soc. Sec. Admin., No. 2:14-cv-02139-BHH (D.S.C. May 5 & Sept. 22, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED